**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan QUINTANILLA–SERRANO, a.k.a.**
**Juan Serrano–Quintanilla,**
**Defendant–Appellant.**

**No. 10–11731**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 1, 2010.

James D. Durham, Gregory J. Hurchalla, Frederick Kramer, III, R. Brian Tanner, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Hugh Wilson Haynes, Jr., Attorney at Law, Augusta, GA, for Defendant–Appellant.

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

H. Wilson Haynes, Jr., appointed counsel for Juan Quintanilla–Serrano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Quintanilla–Serrano's conviction and sentence are **AFFIRMED.** Haynes's motion to appoint an interpreter is **DENIED** as untimely and moot.